IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lorena W Dominguez De Rangel,<br><br>Petitioner,<br><br>v.<br><br>Pamela Bondi, et al.,<br><br>Respondents. | No. CV-26-00802-PHX-DWL (DMF)<br><br>**ORDER** |

Petitioner challenges her present immigration detention, arguing she was detained and not provided a bond hearing. (Doc. 1.) The Court directed Respondents to respond to the Petition. (Doc. 4.) Respondents' response states:

> Undersigned counsel was unable to obtain documentation from Respondents sufficient to provide factual support for a response to the Petition. Accordingly, Respondents do not oppose the Court ordering Petitioner to receive a bond hearing at this time.

(Doc. 10.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her request for a bond redetermination hearing.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to her request for a bond redetermination hearing.

**IT IS FURTHER ORDERED** Respondents must provide Petitioner a bond redetermination hearing within seven days or release her from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance

within three days of releasing Petitioner or providing her a bond hearing. That notice must include the result of the bond redetermination hearing.

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 13th day of March, 2026.

_____
Dominic W. Lanza
United States District Judge